Case 6:23-cv-00754-ADA   Document 1   Filed 11/08/23   Page 1 of 5

FILED
November 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ lad
                   DEPUTY

Raymond Velasquez    In the United States District Court
Plaintiff            For the Western District of Texas
vs
Sheriff Dana Filyh
Priscilla Deleon-Macedo              Civil Action No # _____
                                     6:23CV754

DEFENDANTS

I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of states law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3) Plaintiff Velasquez seeks declaratory relief pursuant to 28. U.S.C Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure

2. The Western District of Texas is an appropriate venue under 28 U.S.C Section 1391 (b)(2) Because it is where the events giving rise to this claim occurred.

II. PLAINTIFFS

3. Plaintiff Velasquez is and was at all times mentioned herein an Individual of the State of Texas of Temple and was arrested when he didn't do anything to be considered probable cause under the 4th amendment to be confined

III. DEFENDANTS

4. Defendant Dana Filyh is sheriff of Bell County she governs over the Jail and. Douglas McGuffey is my Pro Se attorney Doug McGuffeys girl will help discovery

5. Defendant. Deleon was a acquaintance that put 3 false cases on Plaintiff Velasquez in the same mouth Plaintiff has done a Total of 10 mouths and spent $15,000 on Bond getting



IV. FACTS:

6. At all times Plaintiff Raymond Velasquez was being a responsible Truck driver and a provider + parent of two children at his home and also in the Bell County Jail. 1st amendment was violated even though he didn't swap pictures and hackers did if anything false evidence with nothing to prove, whats stated in his case. His Third Amendment was violated when he was illegally serving time for a crime he didn't commit he was in Pearland Texas Bizzario County at his Twin brothers house from July 31, 2022 until Bell County picked up on Aug. 8th 2022 and stayed in Jail until Dec. 28th 2022 after posted a $15.000 Bond cash and wasn't realesed until Dec. 30th 2022 caused him to wait for my leg monitor and had to pay $355.00 and had crewfew from 8pm to 6am 7 days a week and lost my job and everything and pain suffering bad and I painted $240.00 a month every month for 8 month and the leg monitor has my Ex-wife on it and case is (NOT ON HER)

9. Its now 10/31/2023 Plaintiff has losted his job + everything do to false statements and illegal search and sercere and needs presdly $57,000 to get what is going to get him out of debt.

V. LEGAL CLAIMS

10. Plaintiff Velasquez claims that his 1st, 3rd, 8th, 8th being excessive bond and cruel punishment and emotional distress and that he should get 100,000, 40,000 extra for false error.



11. Plaintiff also claims that cyber. Predators are evil and that he is suffering for something that is completely not his fault. Its going to be hard to get his job back and make up to his kids Christmas this year.

### VI. Prayer for relief.

Wherefore, Plaintiff prays this court enter Judgement

12. They relieve Mr. Velasquez of his pain + suffering and false imprisonment and that has rewarded 100.000 for his 8 months false imprisonment and Pain and suffering, his character was hurt very much and suffering, he admits he is thouroughly ashamed.

13. Plaintiff seeks a speedy trial in which his attorney is when the civil action case where he will be proven innocent.

14. Plaintiff also seeks to recover any and All additional relief and court costs deems proper and equitable
    Dated: October 31, 2023

WHEREFORE, Plaintiff respectfully prays that this court enters, Judgement

15. That this case helps Plaintiffs in trial and his rewards and debt recovery is 100.000. for all the illegal warrants and unjust trial time!! Respectfully submitted Raymond Velasquez 113 West Central Belton, Texas 76513 X Raymond Velasquez
Verify this to be true and correct please send me the in-forma pauperis ASAP execution at Belton Texas 10/31/2023

Raymond Velasquez
1930 East Young Ave
Temple Texas, 76501
My home address to recieve all
mail from now to then.

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
Name: Raymond Velasquez
Housing Unit: 301

RECEIVED
NOV 0 8 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

Waco District Court
800 Franklin Ave Rm: 380
Waco, Texas 76701

US POSTAGE PITNEY BOWES
ZIP 76513 $000.63
02 4W
0000390608 NOV 06 2023