# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| RAYMOND VASQUEZ-VELASQUEZ § | | |
| Bell County #185040 § | | |
| § | | |
| V. § | | W-23-CA-754-ADA |
| § | | |
| SHERIFF DANA FILTH, et al. § | | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on February 2, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1